IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | )<br>)<br>) |
| vs. | ) No. 3:17-CV-3242-S-BH<br>) |
| DANIEL D. DURFEY and<br>BARBARA A. DURFEY<br>Defendants. | )<br>)<br>)<br>) Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*United States' Motion for Default Judgment Against Daniel D. Durfey*, filed January 30, 2018 (doc. 12), is hereby **GRANTED**. By separate judgment, the United States will be awarded the relief it seeks in its motion.

SIGNED this 19th day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE